Kevin Gunn
**PLAINTIFF/PETITIONER/MOVANT'S NAME**

P-78894
**PRISON NUMBER**

Chuckawalla Valley State Prison
P.O. Box 2349
**PLACE OF CONFINEMENT**

Blythe, Ca 92226
**ADDRESS**

**ORIGINAL**



# United States District Court
## Southern District Of California

Kevin Gunn,
*Plaintiff/Petitioner/Movant*

v.

_____,
*Defendant/Respondent*

Civil No. 08-0972 LAB (WMc)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Kevin Gunn, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes  ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration Chuckawalla Valley State Prison
    Are you employed at the institution?              ☐ Yes ☒ No
    Do you receive any payment from the institution?  ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes  ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __N/A__

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes  ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes  ☒ No
   d. Disability or workers compensation               ☐ Yes  ☒ No
   e. Social Security, disability or other welfare     ☐ Yes  ☒ No
   e. Gifts or inheritances                            ☒ Yes  ☐ No
   f. Spousal or child support                         ☐ Yes  ☒ No
   g. Any other sources                                ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. Gift from family to Purchase hygene and Food items from Prison Canteen. I don't receive or expect to receive money each month.

4. Do you have any checking account(s)?    ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?    ☐ Yes  ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed? _____

CIV-67 (Rev. 4/06)                          -2-                          H:\CIV-67.wpd

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. ____N/A____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): ____N/A____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): ____N/A____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you **must** explain the sources of funds for your day-to-day expenses. The State of California is Providing for my day to day care.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-18-08
DATE

_____
SIGNATURE OF APPLICANT

If you are **a prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____Kevin Gunn_____,
(NAME OF INMATE)

_____P-78894_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____Chuckawalla Valley State Prison_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____  
DATE

_____  
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____  
OFFICER'S FULL NAME (PRINTED)

_____  
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __Kevin Gunn__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__6-18-08__                                __[signature]__
DATE                                         SIGNATURE OF PRISONER

```
REPORT ID: TS303S .701                                      REPORT DATE: 06/02/08
                                                            PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CHUCKAWALLA VALLEY PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 02, 2008

ACCOUNT NUMBER : P78894              BED/CELL NUMBER: 010 000000001581
ACCOUNT NAME   : GUNN, KEVIN ORLANDO  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------   -------     ---------   --------   -----------   -------

12/01/2007  BEGINNING BALANCE                                                  0.00

  ACTIVITY FOR 2008
03/13 D320  TRUST FUNDS T  2901/CCI               11.67                       11.67
03/21 W502  POSTAGE CHARG  30093/200                          4.75             6.92
03/24 D320  TRUST FUNDS T  3020/CCI               27.00                       33.92
04/21 FC04  DRAW-FAC 4     3372/0 VD                          15.00           18.92
04/22 W502  POSTAGE CHARG  3396/4-22                          6.78            12.14
05/19 FC04  DRAW-FAC 4     3739/0 VD                          12.14            0.00


                           CURRENT HOLDS IN EFFECT
  DATE          HOLD
  PLACED        CODE       DESCRIPTION             COMMENT       HOLD AMOUNT
  ----------    ----       -----------             -------       -----------
  05/23/2008    H109    LEGAL POSTAGE HOLD        3825/5-23           4.80
  05/23/2008    H109    LEGAL POSTAGE HOLD        3825/5-23           7.60
  05/23/2008    H109    LEGAL POSTAGE HOLD        3825/5-23           7.05
  05/28/2008    H119    ARTIFICIAL APPLIANCE HOLD 3853/5-22         128.00
  05/28/2008    H109    LEGAL POSTAGE HOLD        3861/5-28           0.42


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/26/00             CASE NUMBER: *SCD144476
COUNTY CODE: *SB                     FINE AMOUNT: $  2,328.00

  DATE        TRANS.     DESCRIPTION             TRANS. AMT.    BALANCE
  ----        ------     -----------             -----------    -------

12/01/2007  BEGINNING BALANCE                                   2,241.49

03/06/08    SU03    SYS UPDATE - POS                3.44-       2,238.05
03/11/08    SU03    SYS UPDATE - POS               30.00-       2,208.05
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-3-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
    TRUST OFFICE

CHUCKAWALLA VALLEY PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 02, 2008

ACCT: P78894      ACCT NAME: GUNN, KEVIN ORLANDO          ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 38.67 | 38.67 | 0.00 | 147.87 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
147.87-
---------------

```
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  CALIP CORRECTIONAL INSTITUTION
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 03, 2008
```

ACCOUNT NUMBER : P78B94                          BED/CELL NUMBER:
ACCOUNT NAME   : GUNN, KEVIN ORLANDO             ACCOUNT TYPE: T
PRIVILEGE GROUP:

                            TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 11.25 |
| 12/06 | *VD54 | INMATE PAYROL | 11-3663SUP | | 4.40 | | 15.65 |
| 12/17 | FC02 | DRAW-FAC 2 | 2-3-3929 | | | 15.65 | 0.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 02/06 | *VD54 | INMATE PAYROL | 12-5085SUP | | 3.72 | | 3.72 |
| 02/06 | *VD54 | INMATE PAYROL | 1-5115-SUP | | 4.84 | | 8.56 |
| 03/06 | *VD54 | INMATE PAYROL | 2-5822SUP | | 3.11 | | 11.67 |
| 03/06 | W610 | TRANSFER OF T | 5851CVSP 1853737734 | | | 11.67 | 0.00 |
| 03/11 | *DD30 | CASH DEPOSIT | 5955MRL123 | | 27.00 | | 27.00 |
| 03/13 | W610 | TRANSFER OF T | 6013CVSP 185373810 | | | 27.00 | 0.00 |

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/26/00                         CASE NUMBER:    *SCD144476
COUNTY CODE:   *SD                               FINE AMOUNT: $   2,328.00

| DATE | TRANS. | DESCRIPTION | | | | TRANS. AMT. | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 2,255.85 |
| 12/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | | | | 4.87- | 2,250.98 |
| 02/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | | | | 4.13- | 2,246.85 |
| 02/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | | | | 5.36- | 2,241.49 |
| 03/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | | | | 3.44- | 2,238.05 |
| 03/11/08 | DR30 | REST DED-CASH DEPOSIT | | | | 30.00- | 2,208.05 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

```
REPORT ID: TS3030  .701                                            REPORT DATE: 06/03/08
                                                                   PAGE NO:           2
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF CORRECTIONAL INSTITUTION
                            INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 03, 2008

ACCT: P78894       ACCT NAME: GUNN, KEVIN ORLANDO            ACCT TYPE: T

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL       CURRENT      HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS     WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
  ---------   ----------   -------------  ---------   ---------   --------------
     11.25        43.07          54.32        0.00        0.00             0.00

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ---------
                                                             0.00
```

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, KEVIN O. GUNN , declare:

I am over 18 years of age and a party to this action. I am a resident of _____ CHUCKAWALLA VALLEY STATE _____ Prison, in the county of RIVERSIDE , State of California. My prison address is: P.O. BOX 2349, Blythe, Ca 92226 .

On _____ ,
(DATE)

I served the attached: Motion and Declaration to Proceed In Forma Pauperis and Motion for Appointment of Counsel
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

United States District Court
Southern District Of California
Office Of The Clerk
880 Front St. Suite 4290
San Diego, Ca 92101-8900

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6-18-08
(DATE)                    (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                          ::ODMA\PCDOCS\WORDPERFECT\22832\1