UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN O. GUNN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>J.F. SALAZAR, Warden,<br><br>　　　　　　　Respondent. | Civil No.   08-0972 LAB (WMc)<br><br>**ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS** |

　　　On May 27, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. [Doc. No. 1.]  This Court dismissed the Petition without prejudice on June 10, 2008, for Petitioner's failure to either pay the filing fee or move to proceed in forma pauperis, and for Petitioner's failure to allege exhaustion as to claim six. [Doc. No. 3.]

　　　On June 23, 2008, Petitioner filed a First Amended Petition along with an Application to Proceed In Forma Pauperis. [Docs. No. 4, 5.]  Petitioner has $0.00 on account at the California correctional institution in which he is presently confined.  Petitioner cannot afford the $5.00 filing fee.

　　　Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security.

//

//

1  The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without
2  prepayment of the filing fee.
3  **IT IS SO ORDERED.**
4
5  DATED: June 30, 2008

*Larry A. Burns*

7  **HONORABLE LARRY ALAN BURNS**
United States District Judge