1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  JAMES D. DUTTON, State Bar No. 73334
   Supervising Deputy Attorney General
5   110 West A Street, Suite 1100
    San Diego, CA 92101
6   P.O. Box 85266
    San Diego, CA 92186-5266
7   Telephone: (619) 645-2212
    Fax: (619) 645-2191
8   Email: Jim.Dutton@doj.ca.gov

9  Attorneys for Respondent

10

11          IN THE UNITED STATES DISTRICT COURT

12         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| **KEVIN GUNN,** | Civil No. 08-0972 LAB (WMc) |
| Petitioner, | **NOTICE OF APPEARANCE** |
| v. | |
| **J. F. SALAZAR, WARDEN,** | |
| Respondent. | The Hon. Larry A. Burns |

20         TO PETITIONER AND THIS HONORABLE COURT:

21         PLEASE TAKE NOTICE that Senior Deputy Attorney General James D.

22  Dutton will be appearing on behalf of Respondent, J. F. SALAZAR, WARDEN, et

23  al., in the above-referenced matter.

24  ///
25  ///
26  ///
27  ///
28  ///

Respondent hereby notifies the Court that the attorney with principal charge of the case is as follows:

James D. Dutton
Supervising Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266

Telephone: (619) 645-2001
Facsimile:  (619) 645-2191
E-mail: Jim.Dutton@doj.ca.gov

Dated: August 1, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General


/s/JAMES D. DUTTON

Supervising Deputy Attorney General

Attorneys for Respondent
E-mail: Jim.Dutton@doj.ca.gov

JDD:llc
80258542.wpd
SD2008801742

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: ***Gunn v. Salazar***           Case No.:    08-0972 LAB (WMc)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 1, 2008</u>, I served the following documents: **NOTICE OF APPEARANCE**
by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Kevin O. Gunn
P-78894
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226
Pro-Per

## Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Kevin O. Gunn
P-78894
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226
Pro-Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 1, 2008, at San Diego, California.

_____
L. Chavez
Declarant

Signature

SD2008801742
80258581.wpd