EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
JAMES D. DUTTON, State Bar No. 73334
Supervising Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2212
 Fax: (619) 645-2191
 Email: Jim.Dutton@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN GUNN,**<br><br>                          Petitioner,<br><br>          v.<br><br>**J. F. SALAZAR, WARDEN,**<br><br>                          Respondent. | Civil Case No. 08-0972 LAB (WMc)<br><br>**NOTICE OF LODGMENT**<br><br>Hearing:<br>Time:<br>Courtroom:<br>Judge:          The Honorable Larry<br>                    A. Burns |

Pursuant to this Court's order of June 26, 2008, Respondent respectfully requests that the following documents be lodged with this Court:

   1.   California Court of Appeal, Fourth Appellate District, Division One, Opinion

        (unpublished) filed January 8, 2002, case number D035782;

   2.   Petition For Review (of the unpublished Opinion) filed in the California Supreme

        Court on February 19, 2002, case number S104425;

   3.   California Supreme Court Opinion (En Banc), filed March 27, 2002, denying

        Petition for Review, case number S104425;

1    4.   California Court of Appeal, Fourth Appellate District, Division One, Opinion

2         (unpublished) filed May 20, 2004, case number D041821;

3    5.   Petition For Review (of the unpublished Opinion) filed in the California Supreme

4         Court on June 12, 2004, case number S125763;

5    6.   California Supreme Court Opinion (En Banc), filed August 11, 2004, denying

6         Petition for Review, case number S125763;

7    7.   Petition for Writ of Habeas Corpus, filed in California Superior Court on November 4,

8         2005, case number HC 18350;

9    8.    California Superior Court Order, filed November 23, 2005, denying Petition for Writ of

10        Habeas Corpus, case number HC 18350[1];

11   9.   Petition for Writ of Habeas Corpus, filed in California Court of Appeal, Fourth Appellate

12        District, Division One, on December 30, 2005, case number D047765;

13   10.  California Court of Appeal, Fourth Appellate District, Division One, Order, filed

14        February 27, 2006, denying Petition for Writ Habeas Corpus, case number D047765;

15   11.  Petition for Writ of Habeas Corpus, filed in the California Supreme Court on April 4,

16        2006, case number S142309;

17   12.  California Supreme Court Opinion (En Banc), filed on November 29, 2006, denying

18        Petition for Writ of Habeas Corpus, case number S142309;

19   13.  Petition for Writ of Habeas Corpus, filed in California Supreme Court on December 18,

20        2006, case number S148849;

21   14.  Motion For Permission To Amend Petition For Writ Of Habeas Corpus, received by the

22        Clerk of the Supreme Court on April 16, 2007, case number S148849;

23   15.  Motion For Permission To Amend Petition For Writ Of Habeas Corpus, received by the

24        Clerk of the California Supreme Court on April 30, 2007, case number S148849;

25   16.  Motion For Permission To Amend Petition Of Writ Of Habeas Corpus, received by the

26        Clerk of the Supreme Court on June 11, 2007, case number S148849;

27

28
_____

1. The superior court order transposed the number "SCD" number with the "HC" number.

17. California Supreme Court Opinion (En Banc), filed on September 25, 2007, denying Petition for Writ of Habeas Corpus, case number S148849;

18. Petition for Writ of Habeas Corpus, filed in California Superior Court on October 31, 2007, case number HC 18350;

19. California Superior Court Order, filed December 18, 2007, denying Petition for Writ of Habeas Corpus, case number HC 18350;

20. Motion to Amend Habeas Corpus Petition, filed in the California Superior Court on December 18, 2007, case number HC 18350; and

21. California Superior Court Order, filed February 1, 2008, denying Petition for Writ of Habeas Corpus , case number HC 18350.

Because these lodged documents are copies, Respondent does not request that they be returned.

Dated:  August 20, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

/s/ James D. Dutton
JAMES D. DUTTON
Supervising Deputy Attorney General
Jim.Dutton@doj.ca.gov

Attorneys for Respondent

JDD:llc
80273608.wpd
SD2008801742

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **_Gunn v. Salazar_**                Case No.:    **08-0972 LAB (WMc)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 20, 2008, I served the following documents: **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Kevin O. Gunn
P-78894
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226
Pro-Per

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Kevin O. Gunn
P-78894
Chuckawalla Valley State Prison
P.O. Box 2289
Blythe, CA 92226
Pro-Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2008, at San Diego, California.

| L. Chavez | |
| --- | --- |
| Declarant | Signature |

SD2008801742
80258581.wpd