# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN,<br><br>                Plaintiff,<br>vs.<br>J.F. SALAZAR, Warden, ,<br><br>                Defendant. | CASE NO. 08cv972-LAB (WMc)<br><br>ORDER |

On August 7, 2008, counsel for Respondent submitted a request for an extension of time within which to file a Motion to Dismiss or Answer. After reviewing the declaration, the Court finds good cause has been shown to grant Respondent's request. Therefore, the Court issues the following Order:

1. On or before **September 10, 2008**, Respondent may file a Motion to Dismiss;

2. On or before **September 25, 2008**, Respondent may file an Answer;

3. On or before **October 27, 2008**, Petitioner may file a Traverse.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court