# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GUNN,<br><br>                               Plaintiff,<br>   vs.<br><br>J.F. SALAZAR, Warden, ,<br>                              Defendant. | CASE NO. 08cv972-LAB (WMc)<br><br>SUPPLEMENTAL ORDER TO COURT'S ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME [DOCKET NO. 12] |

     The Court granted Respondent's request for extension of time to file a responsive pleading. [Docket No. 12.] However, the Court neglected to provide Petitioner with the date by which he must file his Opposition should Respondent elect to submit a Motion to Dismiss. Therefore, Petitioner may file an Opposition on or before **October 10, 2008**, should Respondent file a Motion to Dismiss.

     IT IS SO ORDERED.

DATED: August 25, 2008

                                                    _/s/ W. McCurine Jr._<br>
Hon. William McCurine, Jr.<br>
U.S. Magistrate Judge<br>
United States District Court